No. 74–6723.  RICHARDSON *v.* ILLINOIS.  Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–1515.  HOWELL *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL.  Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.  MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.

No. 74–1521.  COVINGTON FABRICS CORP. *v.* SOUTH CAROLINA TAX COMMISSION.  Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.

No. 74–1541.  WEINSTOCK ET AL. *v.* TOWN OF HULL ET AL.  Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

No. 74–1570.  WILLIAMS ET AL. *v.* PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY ET AL.  Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 74–1578.  TOWN OF MANCHESTER *v.* GROVER.  Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 74–1582.  WHITE *v.* HUGHES.  Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question.